# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Otero-Cuate,<br>a.k.a.: Alejandro Otero Cuate<br>(A 200 291 620)<br>*Defendant* | Case No.  17-9411 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alejandro Otero-Cuate, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about January 8, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey for AUSA Sheila Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 18, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 17, 2017, Alejandro Otero-Cuate was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Otero-Cuate was examined by ICE Officer R. Rodriguez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 17, 2017, Otero-Cuate was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Otero-Cuate was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Otero-Cuate to be a citizen of Mexico and a previously deported criminal alien. Otero-Cuate was removed from the United States to Mexico through El Paso, Texas, on or about January 8, 2015, pursuant to the

reinstatement of an order of removal issued by an immigration judge. There is no record of Otero-Cuate in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Otero-Cuate's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alejandro Otero-Cuate was convicted of Reentry of a Removed Alien, a felony offense, on January 7, 2015, in the United States District Court, District of New Mexico. Otero-Cuate was sentenced to twenty-six (26) days' imprisonment or time served. Otero-Cuate's criminal history was matched to him by electronic fingerprint comparison.

5. On September 17, 2017, Alejandro Otero-Cuate was advised of his constitutional rights. Otero-Cuate freely and willingly acknowledged his rights and agreed to provide a statement under oath. Otero-Cuate stated that his true and complete name is "Alejandro Othero-Cuate," and that he is a citizen of Mexico. Otero-Cuate stated that he entered the United States on "15 Enero 2015," through "Nogales." Otero-Cuate further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 17, 2017, Alejandro Otero-Cuate, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about January 8, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 18th day of September, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge

3